UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIEGO SABALA,<br><br>         Plaintiff,<br><br>  -against-<br><br>THE CITY OF NEW YORK, ET AL.,<br><br>         Defendants. | 24 CIVIL 9648 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 14, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: May 19, 2025
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                 Chief United States District Judge